FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

April 24, 2015

Mr. David M. Gunn
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
* DELIVERED VIA E-MAIL *

Lisa Erin Hobbs
Kuhn Hobbs PLLC
3307 Northland Drive Suite 310
Austin, TX 78731
* DELIVERED VIA E-MAIL *

Mr. Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Case Number:  13-0978
        Court of Appeals Number:  04-13-00043-CV
        Trial Court Number:  7459

Style:  JLG TRUCKING, LLC
        v.
        LAUREN R. GARZA

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. Keith E. Hottle (DELIVERED VIA E-MAIL)
       Ms. Dora Mtz. Castanon